# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carpenters & Joiners Welfare Fund,
Twin City Carpenters Pension Fund,
Twin City Carpenters, Apprenticeship Fund,
Twin City Carpenters Vacation Fund Trusts

Case No. Civil 01-1294 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Castle Homes of Wisconsin, Inc.,
Stick-Built Structural Wall Systems, Inc.,
and Peter J. Hanson, individually

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

1. Plaintiffs' motion for default judgment is granted.

2. Plaintiffs shall have judgment against Defendant Castle Homes of Wisconsin, Inc., Stick-Built Structural Wall Systems, Inc.,and peter J. Hanson, Jointly and severally in thea amount of $81,134.93

DATE: November 25, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk